**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LAURI WESTLAND, et al.,** ] | |
| ] | |
| **Plaintiffs,** ] | |
| ] | |
| v. ] | **Civil Action No.: 1:08-cv-01306 (HHK)** |
| ] | **Next Event:** |
| **ELI LILLY AND COMPANY,** ] | |
| ] | |
| **Defendant.** ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, LAURI WESTLAND and MATTHEW ALBERT, in the above-referenced matter.

        Respectfully submitted,

        AARON M. LEVINE & ASSOCIATES

        /s/ Steven J. Lewis
        STEVEN J. LEWIS, #472564
        1320 19th Street, N.W., Suite 500
        Washington, DC  20036
        202-833-8040
        Fax: 202-833-8046