THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURI WESTLAND, et al.** ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **vs.** ) <br> ) <br> **ELI LILLY AND COMPANY** ) <br> ) <br> **Defendant.** ) <br> ) <br> ) <br> ) | **CIVIL ACTION 1:08-cv-01306 (HHK)** |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Pursuant to LCvR 83.6, please enter the appearance of John Chadwick Coots as counsel for Defendant Eli Lilly and Company in the above-captioned matter.

        Respectfully submitted,

        SHOOK, HARDY & BACON, L.L.P.

        /s/ John Chadwick Coots
        John Chadwick Coots, D.C. Bar No. 461979
        600 14TH Street, N.W., Suite 800
        Washington, D.C.  20005-2004
        (202) 783-8400  Telephone
        (202) 783-4211 Facsimile

        **ATTORNEY FOR DEFENDANT**
        **ELI LILLY AND COMPANY**

150150v1

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, this 31st day of July, 2008, which sent notification of such filing to all counsel of record listed below.

Aaron M. Levine
Aaron M. Levine & Associates
1320 19th Street, N.W., Suite 500
Washington, D.C.  20036
**Attorneys for Plaintiffs**

                                            /s/ John Chadwick Coots
                                            **ATTORNEY FOR DEFENDANT**
                                            **ELI LILLY AND COMPANY**

150150v1