CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LAURI WESTLAND, ET AL.        )
                              )
                              )
                              )
            Plaintiff         )
       v.                     )    Civil Case Number 08-1306(RCL)
                              )
                              )    Category B
ELI LILLY AND CO.             )
                              )
            Defendant         )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  August 4, 2008 from Judge Henry H. Kennedy, Jr. to Chief Judge Royce C. Lamberth by direction of the Calendar Committee.

(Case reassigned by Consent.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Kennedy & Courtroom Deputy
      Chief Judge Lamberth & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk